UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES, | ) | No. 3:06cr197 |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | ORDER |
| WILLIE JAMES NEELY, | ) | |
| Defendant | ) | |

UPON Motion of the United States to Dismiss Indictment (Doc. No. 41) and the opinion and mandate of the United States Court of Appeal for the Fourth Circuit (Appellate Case No. 08-4257), the Court grants leave to the Government to dismiss the indictment, orders the dismissal of the indictment, and order the immediate release of the Defendant from the custody of the United States Bureau of the Prisons and/or the United States Marshal Service.

The Clerk of Court is directed to certify this Order to the United States Marshal Service.

IT IS SO ORDERED.

Signed: June 2, 2009

Frank D. Whitney
United States District Judge